CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

July 23, 2015

Chad Ruback
8117 Preston Rd.
Suite 300
Dallas, TX 75225
James Bell
5301 Spring Valley Rd.
Suite 200
Dallas, TX 75254

RE:     05-13-01421-CV
        Akbar Alesha, LLC v. Quik-Way Retail Associates II, Ltd.

Counsel:

This appeal has been abated since January 15, 2015 due to the filing of bankruptcy by appellant Akbar Alesha, LLC. Please notify the Court of the current status of the bankruptcy proceedings within **TEN DAYS** of the date of this letter. We appreciate your attention to this matter.

                    Sincerely,

        /s/     Lisa Matz, Clerk of the Court

ltr:mrh